UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN RODGERS,<br><br>  Plaintiff,<br><br>v.<br><br>BUTCHER CROWN LLC,<br><br>  Defendant. | Case No. 23-cv-02867-JST<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION AND GRANTING MOTION FOR DEFAULT JUDGMENT**<br><br>Re: ECF No. 19 |

The Court has reviewed Magistrate Judge Thomas Hixson's report and recommendation, ECF No. 19, to grant Plaintiff's motion for default judgment against Defendant Butcher Crown LLC, ECF No. 12. Plaintiff served Defendant with the report and recommendation on December 26, 2023. ECF No. 22. The fourteen-day period for objections has elapsed, and no objections have been filed. *See* Fed. R. Civ. P. 72(b)(2).

The Court finds the report to be correct, well-reasoned, and thorough, and adopts it in every respect. Default judgment against Defendants is granted. The Court grants injunctive relief requiring Defendant to provide wheelchair compliant access at Butcher Crown Roadhouse, located at 1905 Bodega Ave in Petaluma, California. Plaintiff is also awarded:

  (1) Statutory damages under the Unruh Act in the amount of $4,000;

  (2) Reasonable attorney's fees in the amount of $8,370; and

  (3) Costs in the amount of $3,221.88.

/ / /

/ / /

/ / /

/ / /

The Clerk shall enter judgment and close the file.

**IT IS SO ORDERED.**

Dated: February 2, 2024



JON S. TIGAR
United States District Judge